```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

JORGE ALVAREZ,                    :    Civ. No.  3:01CV00755 (PCD)
Petitioner,                       :
                                  :
v.                                :
                                  :
JOHN ASHCROFT, ATTORNEY           :
GENERAL, IMMIGRATION &            :
NATURALIZATION SERVICE,           :
Respondents.                      :    NOVEMBER 4, 2003
```

### MOTION FOR EXTENSION OF TIME

Respondents John Ashcroft, Attorney General, and the Immigration & Naturalization Service (INS), respectfully move, <u>nunc</u> <u>pro</u> <u>tunc</u>, for an extension of time of thirty (30) days, up to and including December 4, 2003, within which to respond to the petitioner's Memorandum of Law in Further Support of Petition for Writ of Habeas Corpus.

The reason for this request is that Respondents are presently formulating a response to the petitioner's memorandum that requires the input of representatives of the Department of Justice and the INS locally, in Boston, Massachusetts, as well as in Washington, D.C., and coordinating the response is taking additional time.

This is the first request for an extension of time of this deadline.  Counsel for the petitioner does not object to this extension.

WHEREFORE, respondent respectfully requests that the time to respond to the petitioner's memorandum be extended up to and including December 4, 2003.

                                            Respectfully submitted,

                                            KEVIN J. O'CONNOR
                                            UNITED STATES ATTORNEY

                                            JAMES K. FILAN, JR.
                                            ASSISTANT UNITED STATES ATTORNEY
                                            915 LAFAYETTE BOULEVARD
                                            BRIDGEPORT, CT 06604
                                            (203) 696-3000
                                            FEDERAL BAR NO. ct15565

CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

Alfred U. Pavlis, Esquire
Daly & Pavlis
107 John Street
Southport, Connecticut  06490

Dated at Bridgeport, Connecticut, this 4th day of November, 2003.

_____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY