27

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JORGE ALVAREZ, | : | Civ. No.  3:01CV00755 (PCD) |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN ASHCROFT, ATTORNEY | : | |
| GENERAL, IMMIGRATION & | : | |
| NATURALIZATION SERVICE, | : | |
| Respondents. | : | NOVEMBER 4, 2003 |

## MOTION FOR EXTENSION OF TIME

Respondents John Ashcroft, Attorney General, and the

Immigration & Naturalization Service (INS), respectfully move,

nunc pro tunc, for an extension of time of thirty (30) days, up

to and including December 4, 2003, within which to respond to the

petitioner's Memorandum of Law in Further Support of Petition for

Writ of Habeas Corpus.

The reason for this request is that Respondents are

presently formulating a response to the petitioner's memorandum

that requires the input of representatives of the Department of

Justice and the INS locally, in Boston, Massachusetts, as well as

in Washington, D.C., and coordinating the response is taking

additional time.

This is the first request for an extension of time of this

deadline. Counsel for the petitioner does not object to this

extension.

11/13/03. GRANTED. NUNC PRO TUNC. Respondent's motion for extension of time until 12/4/03 to respond to petitioner's memorandum of law in further ... ition for Writ of habeas corpus is hereby granted.  SO ORDERED.

Peter C. Dorsey, Senior, U.S.D.J.