```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

JORGE ALVAREZ,                    :     Civ. No.  3:01CV00755 (PCD)
Petitioner,                       :
                                  :
v.                                :
                                  :
JOHN ASHCROFT, ATTORNEY           :
GENERAL, IMMIGRATION &            :
NATURALIZATION SERVICE,           :
Respondents.                      :     DECEMBER 8, 2003
```

## MOTION FOR EXTENSION OF TIME

Respondents John Ashcroft, Attorney General, and the Immigration & Naturalization Service (INS), respectfully move for an extension of time of thirty (30) days, up to and including January 7, 2004, within which to respond to the petitioner's Memorandum of Law in Further Support of Petition for Writ of Habeas Corpus.

The reason for this request is that the parties are investigating the impact an intervening Board of Immigration Appeals precedent decision may have on the status of this case.

This is the second request for an extension of time of this deadline. Counsel for the petitioner does not object to this extension.

WHEREFORE, respondent respectfully requests that the time to respond to the petitioner's memorandum be extended up to and including January 7, 2004.

                                       Respectfully submitted,

                                       KEVIN J. O'CONNOR
                                       UNITED STATES ATTORNEY


                                       JAMES K. FILAN, JR.
                                       ASSISTANT UNITED STATES ATTORNEY
                                       915 LAFAYETTE BOULEVARD
                                       BRIDGEPORT, CT 06604
                                       (203) 696-3000
                                       FEDERAL BAR NO. ct15565

CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

Alfred U. Pavlis, Esquire
Daly & Pavlis
107 John Street
Southport, Connecticut  06490

Dated at Bridgeport, Connecticut, this 8th day of December, 2003.

_____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY