UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| JORGE ALVAREZ, Petitioner, | : | Civ. No. 3:01CV00755 (PCD) |
| v. | : | |
| JOHN ASHCROFT, ATTORNEY GENERAL, IMMIGRATION & NATURALIZATION SERVICE, Respondents. | : | DECEMBER 8, 2003 |

U.S DISTRICT COURT
NEW HAVEN, CONN.

MOTION FOR EXTENSION OF TIME

Respondents John Ashcroft, Attorney General, and the Immigration & Naturalization Service (INS), respectfully move for an extension of time of thirty (30) days, up to and including January 7, 2004, within which to respond to the petitioner's Memorandum of Law in Further Support of Petition for Writ of Habeas Corpus.

The reason for this request is that the parties are investigating the impact an intervening Board of Immigration Appeals precedent decision may have on the status of this case.

This is the second request for an extension of time of this deadline. Counsel for the petitioner does not object to this extension.

12/16/03. GRANTED. The respondent's motion for extension of time for writ of habeas corpus is hereby granted. SO ORDERED.

Peter C. Dorsey, Senior, U.S.D.J.

FILED
Dec 17 11 57 AM
U.S. DISTRICT COURT
NEW HAVEN, CONN.