```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

JORGE ALVAREZ,                    :    Civ. No.  3:01CV00755 (PCD)
     Petitioner,                  :
                                  :
v.                                :
                                  :
JOHN ASHCROFT, ATTORNEY           :
GENERAL, IMMIGRATION &            :
NATURALIZATION SERVICE,           :
     Respondents.                 :    FEBRUARY 6, 2004
```

## MOTION FOR EXTENSION OF TIME

Respondents John Ashcroft, Attorney General, and the Immigration & Naturalization Service (INS), respectfully move <u>nunc</u> <u>pro</u> <u>tunc</u> for an extension of time of thirty (30) days, up to and including March 8, 2004, within which to respond to the petitioner's Memorandum of Law in Further Support of Petition for Writ of Habeas Corpus.

The reason for this request is that the parties are continuing to investigate the impact an intervening Board of Immigration Appeals precedent decision may have on the status of this case and whether this matter may be resolved.

This is the third request for an extension of time of this deadline.  Counsel for the petitioner does not object to this extension.

WHEREFORE, respondent respectfully requests that the time to respond to the petitioner's memorandum be extended up to and including March 8, 2004.

                                  Respectfully submitted,

                                  KEVIN J. O'CONNOR
                                UNITED STATES ATTORNEY

                                JAMES K. FILAN, JR.
                                ASSISTANT UNITED STATES ATTORNEY
                                915 LAFAYETTE BOULEVARD
                                BRIDGEPORT, CT 06604
                                (203) 696-3000
                                FEDERAL BAR NO. ct15565

CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

Alfred U. Pavlis, Esquire
Daly & Pavlis
107 John Street
Southport, Connecticut  06490

Dated at Bridgeport, Connecticut, this 6th day of February, 2004.

_____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY