UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JORGE ALVAREZ

    -vs-                                            Civil No. 3:01 cv 755 (PCD)

JOHN ASHCROFT, ATTORNEY GENERAL,
IMMIGRATION & NATURALIZATION SERVICE

## ORDER ON MOTION FOR EXTENSION OF TIME

Respondents' motion for extension of time until March 8, 2004 to respond to petitioner's memorandum of law in further support of petition for writ of Habeas Corpus (Doc. #31) is hereby GRANTED.

SO ORDERED.

Dated at New Haven, Connecticut, February 11, 2004.

                                           /s/ Peter C. Dorsey
                                                Peter C. Dorsey, Senior
                                                United States District Judge