UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JORGE ALVAREZ,                      : | |
|     Petitioner,          : | |
|                                   : | |
| v.                                                  : | Civil No. 3:01cv755 (PCD) |
|                                   : | |
| JOHN ASHCROFT, et al.,         : | |
|     Respondents.                 : | |

**ORDER TO SHOW CAUSE**

Respondents shall file their response to Petitioner's Memorandum of Law in Further Support of Petition for Writ of Habeas Corpus [Doc. No. 26] on or before July 26, 2006, showing cause why the relief prayed for in the petition should not be granted and addressing the merits of Petitioner's claims. If Respondents fail to file their response on or before July 26, 2006, the petition may be granted absent opposition.

    SO ORDERED.

Dated at New Haven, Connecticut, June  30 , 2006.

/s/
Peter C. Dorsey, U.S. District Judge
District of Connecticut