```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

JORGE ALVAREZ,                    :    Civ. No.  3:01CV00755 (PCD)
Petitioner,                       :
                                  :
v.                                :
                                  :
ALBERTO R. GONZALES, ET AL.,      :    JULY 26, 2006
Respondents.                      :
```

## MOTION FOR EXTENSION OF TIME

Respondents Alberto R. Gonzales, Attorney General, and the Department of Homeland Security, Bureau of Immigration and Customs Enforcement (the successor agency to the Immigration & Naturalization Service), respectfully move for an extension of time of thirty (30) days, up to and including August 25, 2006, within which to respond to the Court's Order to Show Cause.

The reason for this request is that Respondents are presently working with counsel for the petitioner in an attempt to settle this matter. This is the second request for an extension of time of this deadline. Counsel for the petitioner does not object to this extension.

WHEREFORE, respondent respectfully requests that the time to respond to the petitioner's memorandum be extended up to and including August 25, 2006.

                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY

By: H. Gordon Hall
    ASSISTANT UNITED STATES ATTORNEY
    FEDERAL BAR NO. ct05153

For: JAMES K. FILAN, JR.
     ASSISTANT UNITED STATES ATTORNEY
     915 LAFAYETTE BOULEVARD
     BRIDGEPORT, CT 06604
     (203) 696-3000
     FEDERAL BAR NO. ct15565

CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

Alfred U. Pavlis, Esquire
Gage & Pavlis
107 John Street
Southport, Connecticut  06490

Dated at Bridgeport, Connecticut, this 26th day of July, 2006.

```
                              _____
                              BY: H. GORDON HALL
                                  ASSISTANT UNITED STATES ATTORNEY

                              FOR: JAMES K. FILAN, JR.
                                   ASSISTANT UNITED STATES ATTORNEY
```