UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x

JORGE ALVAREZ,                           :

       Petitioner,                        :

- against -                                      :     Civil No.: 3:01CV755 (PCD)

JOHN ASHCROFT, et al.                :

       Respondents.                  :

------------------------------------------------------x

## JOINT MOTION FOR EXTENSION OF TIME

The parties jointly move for an extension of time of thirty days, until September 25, 2006, for the government to file a response to the petition in this case. The parties are discussing a potential resolution of this matter, and an additional thirty days are necessary to complete those discussions. This is the second request for an extension of time with respect to the government's deadline for filing a response. Assistant U.S. Attorney James Filan has authorized the undersigned to represent to the Court that the government joins in this motion.

                                            PETITIONER JORGE ALVAREZ

                              By: _____
                                   Alfred U. Pavlis (ct08603)
                                   DALY & PAVLIS, LLC
                                   107 John Street
                                   Southport, Connecticut 06890
                                   Telephone: (203) 255-6700
                                   Facsimile: (203) 255-1953

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Joint Motion was sent via First Class Mail to the following counsel of record on this 25th day of August, 2006:

James Filan, Esq.
Assistant United States Attorney
United States Attorney's Office
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
Alfred U. Pavlis