UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JORGE ALVAREZ,<br>Petitioner, | : <br> : <br> : | Civ. No.  3:01CV00755 (PCD)<br>Crim. No. 2:92CR00004 (PCD) |
| v. | : <br> : | |
| ATTORNEY GENERAL OF THE<br>UNITED STATES, IMMIGRATION &<br>NATURALIZATION SERVICE,<br>Respondents. | : <br> : <br> : <br> : | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Respondents, the Attorney General of the United States and the Department of Homeland Security, Bureau of Immigration and Customs Enforcement (the successor agency to the Immigration & Naturalization Service), and the petitioner, Jorge Alvarez, hereby stipulate and agree that the petitioner is statutorily eligible for relief under former INA § 1182(c) ("Section 212").

The government further stipulates that there are no statutory bars to eligibility for 212(c) relief under the circumstances of this case.

Accordingly, the parties stipulate that this matter be remanded to the Board of Immigration Appeals ("Board") with directions to the Board to remand this matter to the Immigration Court for the purposes of conducting a Section 212(c) hearing in accordance with the standards in effect prior to April 24, 1996.

The parties further stipulate and agree that, because of the unique facts and circumstances of this case, this stipulation may not be used as precedent or persuasive authority in any matter or

case, in any court or before any administrative agency, for any reason.

The parties further stipulate that these matters are dismissed without prejudice and without costs or attorney's fees and, further, without waiving any procedural or substantive rights or arguments, that the district court shall retain jurisdiction over this matter to ensure compliance with the terms of this stipulation.

FOR THE PETITIONER
JORGE ALVAREZ

_____
ALFRED U. PAVLIS
DALY & PAVLIS, LLC
107 JOHN STREET
SOUTHPORT, CONNECTICUT 06890
(203) 255-6700
FED. BAR. NO. ct08603

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
JAMES K. FILAN, JR.
ASSISTANT U.S. ATTORNEY
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000
FED. BAR. NO. ct15565

SO ORDERED:

_____
United States District Judge