UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JORGE ALVAREZ | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | Civ. No.  3:01cv00755 (PCD) |
| | : | Crim. No. 2:92cr00004 (PCD) |
| | : | |
| ATTORNEY GENERAL OF THE | : | |
| UNITED STATES, IMMIGRATION | : | |
| AND NATURALIZATION SERVICE, | : | |
|     Respondents. | : | |

## ORDER

In view of the stipulation of the parties filed 10/10/07 [Doc. No. 38], this case is remanded to the Board of Immigration Appeals to be remanded to the Immigration Court for the purposes set forth in the stipulation.  The cases pending in this court, docket numbers 3:01cv00755 and 2:92cr00004, are both dismissed without prejudice.  The clerk shall close each file.

SO ORDERED.

Dated at New Haven, Connecticut, October 12, 2007.

/s/_____
Peter C. Dorsey, U.S. District Judge
District of Connecticut